**REQT**
**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
tclark@rlattorneys.com
8925 West Russell Road, Suite 220.
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Intervenor*
*ACUITY, A Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTO MORALES, an individual, | CASE NO.:  2:21-CV-01575 |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | |
| CHRISTINA NOELLE PUK, an individual; DOES I through XV and ROE CORPORATIONS I through X inclusive, | |
| Defendants. | |
| ACUITY, A Mutual Insurance Company, | |
| Intervenor. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss this action with prejudice.  There are no counterclaims, cross-claims, or third-party claims pending in this civil action.  The parties agree that should the Court

///

///

///

///

///

1

approve this stipulation, each side shall bear its own attorney's fees and costs.

| CLEAR COUNSEL LAW GROUP | ROGERS, MASTRANGELO, CARVALHO & MITCHELL |
|---|---|
| /s/ Dustin E. Birch  _____  Jared R. Richards, Esq.  Nevada Bar No. 11254  Dustin E. Birch, Esq.  Nevada Bar No. 10517  1671 W. Horizon Ridge Pkwy, Suite 200  Henderson, NV 89012  jared@clearcounsel.com  dustin@clearcounsel.com  *Attorneys for Plaintiff Ermesto Morales* | /s/ Marissa R. Temple  _____  Marissa R. Temple, Esq.  Nevada Bar No. 9028  700 South Third Street  Las Vegas, NV 89101  mtemple@rmcmlaw.com  *Attorneys for Defendant Christina Noelle Puk* |
| RESNICK & LOUIS, P.C.  /s/ Troy A. Clark  _____  Troy A. Clark, Esq.  Nevada Bar No. 11361  8925 West Russell Road, Suite 220  Las Vegas, NV 89148  tclark@rlaattorneys.com  *Attorneys for Intervenor ACUITY, A Mutual Insurance Company* | |

**ORDER**

The Court having reviewed the joint stipulation for dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the stipulation is approved. This civil action is hereby dismissed, with prejudice. Each party to bear its own attorney's fees and costs.

Dated: March 21, 2022.

_____
U. S. DISTRICT JUDGE